FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 MAY 14 PM 12: 08

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUY HORTON,<br><br>Defendant. | CASE NO. [handwritten]<br><br>JUDGE [handwritten]<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(9)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**(Felon in Possession of a Firearm)**

1. On or about September 27, 2023, in the Southern District of Ohio, the defendant, **GUY HORTON**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Buffalo Cartridge Company, Model BRG-9, 9mm pistol, bearing serial number TG019-22C08990, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

   **In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

<u>**COUNT TWO**</u>
**(Possession of a Firearm After a Misdemeanor Domestic Violence Conviction)**

2. On or about September 27, 2023, in the Southern District of Ohio, the defendant, **GUY HORTON**, knowing that he had been convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm, to wit: one Buffalo Cartridge Company, Model BRG-

9, 9mm pistol, bearing serial number TG019-22C08990, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).**

### FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America.

4. Upon conviction of any of the offenses alleged in this Indictment, the defendant, **GUY HORTON**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including the Buffalo Cartridge Company, Model BRG-9, 9mm pistol, bearing serial number TG019-22C08990, and all associated magazines and ammunition, seized from the defendant, **GUY HORTON**, on or about September 27, 2023.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*s/Foreperson*
**FOREPERSON**


**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**